# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

TYLONDA MORRIS

    Plaintiff,

v.

ADVENIR @ DEL ARTE, LLC d/b/a
ADVENIR AT DEL ARTE APARTMENTS,

    Defendant.

## NOTICE OF REMOVAL

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

    Defendant Advenir @ Del Arte, LLC, pursuant to 28 U.S.C. §§ 1441, *et. seq.* and 1446(a), files this Notice of Removal to remove this action from the District Court, Arapahoe County, Colorado, to the United States District Court for the District of Colorado and, as grounds, state as follows:

### I.  INTRODUCTION

    1.    Plaintiff filed a Complaint in Arapahoe County District Court on January 31, 2022. [Exhibit A, Complaint].

    2.    Advenir @ Del Arte, LLC was served with copies of the Complaint on February 3, 2022, per Exhibit B, Return of Service.

3. A Notice of Removal shall be filed within thirty days of service of the complaint under 28 U.S.C. § 1446(b). This Notice of Removal, having been filed on or before March 5, 2022, is timely.

4. This Court has jurisdiction over this action under 28 U.S.C. § 1332, and this action is removable under 28 U.S.C. § 1441(b), because this is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

**Diversity Issues**

5. The Plaintiff is a resident and citizen of the State of Colorado per the Complaint filed in the State Court Action.

6. Advenir @ Del Arte is a citizen of Florida under 28 U.S.C. § 1332(c)(1). [Exhibit C, Florida Secretary of State registration for Defendant Entity].

**Amount in Controversy Issues**

7. A federal court has subject matter jurisdiction when there is diversity of citizenship among the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. *See McPhail v. Deere & Co.*, 529 F.3d 947, 952 (10th Cir. 2008); 28 U.S.C. § 1332(a). Plaintiff asserts a significant leg injury after slipping and falling on ice and asserted more than $100,000 in damages in the State Court Complaint per Exhibits D and E, the Notice of Exclusion from C.R.C.P. 16.1 and the Civil Case Cover Sheet filed by the Plaintiff in the State Court Action. The District Court Civil Case Cover Sheet is sufficient to give notice that the amount in controversy exceeds $75,000. *Paros*

*Properties LLC v. Colorado Cas. Ins. Co.*, No. 15-1369, 2016 WL 4502286, at *6 (10th Cir. Aug. 29, 2016) (unpublished).

Given the categories of damages alleged by Plaintiffs in the Complaint and the assertion in paragraph 2 of the Civil Case Cover sheet that in compliance with C.R.C.P. 11 and based upon information available, Plaintiffs and their attorney certify that the value of the claims is reasonably believed to exceed $100,000, the amount in controversy exceeds $75,000, exclusive of interest and costs.

8.  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders and papers or exhibits filed in the Arapahoe County District Court are being provided with this Notice of Removal including the following: Exhibit A, Complaint; Exhibit B, Affidavit of Service; Exhibit D, Summons; Exhibit E, Civil Case Cover Sheet; and Exhibit F, Delay Reduction Order & Order Regarding Plan for Service; Exhibit G, Defendant's Answer with Jury Demand.

9.  Venue is proper in this District under 28 U.S.C. § 1446(a) because this District embraces the place where the removed action is pending, and the alleged incident occurred in the State of Colorado per the Complaint.

10. Written notice of the filing of this Notice of Removal was promptly served on Plaintiff's counsel and a copy was filed promptly with the District Court Clerk for Arapahoe County, Colorado pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Filing of this Notice of Removal to Federal Court was filed with the clerk contemporaneously with this Notice of Removal.

3

11. Accordingly, Defendant has proved by a preponderance of the evidence that removal is permissible under 28 U.S.C. § 1446 and that this Court has subject matter jurisdiction over this matter.

**WHEREFORE**, Advenir @ Del Arte, LLC removes the State Court Action, case number 2022CV030176 in the District Court, Arapahoe County, Colorado, to the United States District Court for the District of Colorado.

Respectfully submitted,

/s/ Tiffaney A. Norton
***Tiffaney A. Norton***
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Phone: (303) 320-0509
Email: tnorton@sgrllc.com

/s/ Kristin A. Lillie
***Kristin A. Lillie***
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Phone: (303) 320-0509
Email: klillie@sgrllc.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of March, 2022, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was electronically filed with the Court and served via Colorado Courts E-Filing system to the following:

Robert E. Caldwell, Jr.
WILHITE, ROSE, MCCLURE & SAWAYA, P.C.
1600 Ogden Street
Denver, CO 80218
Phone Number: (303) 839-1650
Fax Number: (303) 832-7102
Attorneys for Plaintiff

/s/ Lisa Gilbert
Legal Secretary